THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Christopher S. McGuire, Appellant.
 
 
 
 
 

Appeal From Greenwood County
 Wyatt T. Saunders, Jr, Circuit Court
Judge

Unpublished Opinion No. 2010-UP-293
Submitted May 3, 2010  Filed May 27, 2010    

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
 Assistant Chief Legal Counsel J. Benjamin
 Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  The circuit court revoked Christopher S. McGuire's probation finding he failed
 to follow the instructions of his probation agent and failed to attended sex
 offender counseling.  McGuire appeals the revocation of his probation, arguing
 the circuit court erred in revoking his probation without finding his failure
 to attend sex offender counseling was willful.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority:  State v. Hicks,
 Op. No. 26812 (S.C. Sup. Ct. filed May 3, 2010) (Shearouse Adv. Sh. No. 17 at
 13) (holding when probation is revoked based upon more than one violation, an
 appellate court must affirm unless all grounds for revocation are challenged). 
AFFIRMED.
FEW, C.J., THOMAS and
 PIEPER, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.